George Bechakas
Intercoastal Financial, LLC
7954 Transit Rd. #144
Williamsville, New York 14221
716-867-7923
Fax: 928-447-9589
gbechakas@roadrunner.com



# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

IN RE: Edward Christian Bally

     Linda Kay Bally

DEBTOR(S)

Bankruptcy Case No. 18-50033

Chapter 13

REQUEST FOR MOTION TO
RE-CONSIDER

---

## **REQUEST FOR MOTION TO RE-CONSIDER**

    The Creditor, Intercoastal Financial, LLC, hereby requests the trustee, that the proposed treatment of claim number #10 in the amount of $4,823.46 of Intercoastal Financial, LLC to RE-CONSIDER and allow the claim.

DATED: October 3, 2018

**Intercoastal Financial, LLC**

George Bechakas
Intercoastal Financial, LLC
7954 Transit Rd. #144
Williamsville, New York 14221